UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

v.     CASE NO.: 1:05-CR-016-SPM

**SEAN DANIELS,**

    **Defendant.**

_____/

**ORDER CONTINUING SENTENCING**

**THIS CAUSE** comes before the Court upon "Defendant's Unopposed Motion to Continue Sentencing" (doc. 44) filed August 15, 2005, in which a postponement is requested in order to enable Defendant to testify as a Government witness in a trial beginning September 13, 2005. The Government is unopposed to the granting of the motion.

Finding good cause for the postponement, it is

**ORDERED AND ADJUDGED** as follows:

1.     The motion to continue (doc. 44) is *granted*.

2.     Sentencing is reset for **Tuesday, October 11, 2005** at **8:30 am** at

the United States Courthouse in Gainesville, Florida.

**DONE AND ORDERED** this <u>eighteenth</u> day of August, 2005.

_s/ Stephan P. Mickle_

Stephan P. Mickle
United States District Judge

pao