UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**                                                    **CASE NO.: 1:05-CR-016-SPM**

**SEAN DANIELS,**

    **Defendant.**
_____/

**AMENDED ORDER CONTINUING SENTENCING**
*[amended as to hearing time]*

**THIS CAUSE** comes before the Court upon "Defendant's Unopposed Motion to Continue Sentencing" (doc. 61) filed October 6, 2005, in which a postponement is requested in order to enable Defendant to testify as a Government witness in a trial beginning January 3, 2006.  The Government is unopposed to the granting of the motion.

Finding good cause for the postponement, it is

**ORDERED AND ADJUDGED** as follows:

1.    The motion to continue (doc. 61) is *granted*.

2.    Sentencing is reset for **Monday, February 13, 2006** at **1:30 pm** at

the United States Courthouse in Gainesville, Florida.

**DONE AND ORDERED** this <u>eleventh</u> day of October, 2005.

          *s/ Stephan P. Mickle*

Stephan P. Mickle
United States District Judge

/pao